JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ELVIS BURGAN, | Case No. 2:18-cv-04105 AG (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| CALIFORNIA DEPARTMENT OF CORRECTION AND REHABILITATION/PAROLE, | |
| Defendant. | |

Pursuant to the Order Dismissing Action Without Prejudice, IT IS ADJUDGED THAT the this action is dismissed without prejudice.

Dated: September 27, 2018

THE HONORABLE ANDREW J. GUILFORD
United States District Judge